# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. LUCIA COMPANIES, INC., and RAYMOND J. LUCIA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SECURITIES AND EXCHANGE COMMISSION, JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, and MATTHEW G. WHITAKER, in his official capacity as Acting United States Attorney General, <br><br> Defendants. | Case No. 18-cv-2692 DMS (JLB) <br><br> **ORDER RE: ORAL ARGUMENT** |

Plaintiff Raymond J. Lucia Companies, Inc. and Raymond J. Lucia, Sr. filed a motion for preliminary injunction, which is set for hearing on March 22, 2019 at 1:30 p.m.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the hearing is vacated.

**IT IS SO ORDERED.**

Dated:  March 18, 2019

Hon. Dana M. Sabraw
United States District Judge