# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. LUCIA COMPANIES, INC., and RAYMOND J. LUCIA, SR., <br><br>Plaintiffs, <br><br>v. <br><br>U.S. SECURITIES AND EXCHANGE COMMISSION, JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, and MATTHEW G. WHITAKER, in his official capacity as Acting United States Attorney General, <br><br>Defendants. | Case No. 18-cv-2692 DMS (JLB) <br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

An informal telephonic conference was held on April 4, 2019. Margaret Little appeared for Plaintiffs Raymond J. Lucia Companies, Inc. and Raymond J. Lucia, Sr. Rebecca Cutri-Kohart and Chetan Patil appeared for Defendants U.S. Securities and Exchange Commission, Jay Clayton, and Matthew Whitaker. After consulting with counsel, IT IS HEREBY ORDERED that if the parties are unable to reach a settlement, Defendant shall file its motion to dismiss on or before **May 2, 2019** and contact chambers for a hearing date. As discussed, the Court will defer Plaintiffs' motion for preliminary injunction and address it simultaneously with Defendants' motion to dismiss, if necessary.

1 | **IT IS SO ORDERED.**
2 | Dated: April 4, 2019

                                      Hon. Dana M. Sabraw
                                      United States District Judge