# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. LUCIA COMPANIES, INC., and RAYMOND J. LUCIA, SR.,<br><br>              Plaintiffs,<br><br>   v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION, JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, and MATTHEW G. WHITAKER, in his official capacity as Acting United States Attorney General<br><br>              Defendants. | Case No.: 3:18-cv-02692-DMS-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION** |

    Upon consideration of the parties' Joint Motion to Extend Deadline for Defendants to Respond to Complaint, IT IS HEREBY ORDERED that Defendants' deadline to respond to Plaintiffs' Complaint shall be extended by another 30 days until June 3, 2019.

    **IT IS SO ORDERED.**

/ / /

Dated:  May 1, 2019

Hon. Dana M. Sabraw
United States District Judge