UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. LUCIA COMPANIES, INC., and RAYMOND J. LUCIA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SECURITIES AND EXCHANGE COMMISSION, JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, and MATTHEW G. WHITAKER, in his official capacity as Acting United States Attorney General, <br><br> Defendants. | Case No. 18-cv-2692 DMS (JLB) <br><br> **ORDER RE: ORAL ARGUMENT** |

Defendants U.S. Securities and Exchange Commission, Jay Clayton, and Matthew G. Whitaker filed a motion to dismiss, which is set for hearing on August 2, 2019. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the hearing is vacated.

**IT IS SO ORDERED.**

Dated: July 29, 2019

Hon. Dana M. Sabraw
United States District Judge