FILED

JAN 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAYMOND J. LUCIA, COMPANIES, INC.; RAYMOND J. LUCIA, Sr., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> U.S. SECURITIES & EXCHANGE COMMISSION; et al., <br><br> Defendants-Appellees. | No. 19-56101 <br><br> D.C. No. 3:18-cv-02692-DMS-JLB Southern District of California, San Diego <br><br> ORDER |

Before: PAEZ and M. SMITH, Circuit Judges.

Appellants' motion for an injunction pending appeal (Docket Entry No. 15) is denied.

The previously established briefing schedule remains in effect.

LCC/MOATT