UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAYMOND J. LUCIA, COMPANIES, INC.; RAYMOND J. LUCIA, Sr., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> U.S. SECURITIES & EXCHANGE COMMISSION; et al., <br><br> Defendants-Appellees. | No.   19-56101 <br><br> D.C. No. 3:18-cv-02692-DMS-JLB <br> Southern District of California, <br> San Diego <br><br> ORDER |

The appellees' motion (Docket Entry No. 39) to further stay appellate proceedings pending the Commission's consideration of the proposed settlement agreement is granted.

Appellate proceedings are stayed until July 10, 2020.

On or before the expiration of the stay, the appellees may file a status report and motion for further relief.

The remainder of the briefing schedule will be reset in a future order, if necessary.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/5.11.20/Pro Mo